UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DPSR, Inc., | ) | 2:10-cv-08639-JHN -VBKx |
| | ) | |
| Plaintiff(s), | ) | ORDER ACKNOWLEDGING |
| | ) | SETTLEMENT |
| v. | ) | |
| | ) | |
| Kathy Miller, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

    The Court has been advised with the DECLARATION of Howard K. Alperin filed on February 18, 2011 [8] that this action has been settled.  It is not necessary for the action to remain on the calendar of the Court.  Any pending court dates/deadlines are hereby VACATED.  The Order to Show Cause is DISCHARGED.

    IT IS ORDERED that the Court retains complete jurisdiction for 60 days for the filing of a dismissal or to vacate this order and to reopen the action upon a good faith showing that the settlement has not been completed and further litigation is necessary.

Dated: March 3, 2011

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE